ORDERED ACCORDINGLY.

Dated: November 30, 2011



*George B. Nielsen*, Bankruptcy Judge

---

# JACKSONWHITE
## ATTORNEYS AT LAW
### *A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors Garrett Wade Harrison and Kiresten Kei Harrison
By:    Kelly G. Black 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:11-bk-06877-GBN |
| Garrett Wade Harrison and Kiresten Kei Harrison, | Proceedings under Chapter 11 |
| Debtors. | **Order Appointing Counsel for Debtors-in-Possession** |
| | Assigned to: Honorable George B. Nielsen, Jr. |

Upon the Application of Garrett Wade Harrison and Kiresten Kei Harrison, Debtors and "Debtors-in-Possession," in the above-captioned bankruptcy proceeding, requesting that the law firm of Jackson White, P.C. ("Firm") serve as bankruptcy counsel to the Debtors and upon the verified statement filed pursuant to Rules 2014 and 2016, Federal Rules of Bankruptcy Procedure ("FRBP"), and said Firm being duly admitted to practice in this Court, and the Court being advised that the Firm represents no adverse interest to the Debtors, and advised that the Firm is a disinterested party, pursuant to 11 U.S.C. §§ 101(14), 327, and 329, and the Court being advised that said employment is necessary and will be in the best interest of this estate,

IT IS ORDERED that the Firm shall be employed effective as of the Petition Date, to serve as bankruptcy counsel of the Debtors effective as of the Petition Date.

DATED AND SIGNED ABOVE.

Page 5

Case 2:11-bk-06877-GBN    Doc 68    Filed 11/30/11    Entered 11/30/11 15:14:06    Desc
Main Document - Motion to Appoint    Page 1 of 1